# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| LEONA ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social<br>Security Administration,<br><br>Defendant. | Civil No. 3:18-cv-01151-AC<br><br><br>ORDER AWARDING ATTORNEY FEES<br>PURSUANT TO THE EQUAL ACCESS<br>TO JUSTICE ACT |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $3815.94 ($3796.20 in attorney and staff fees plus $19.74 in expenses (for postage)) shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Cascadia Disability Law LLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, % Cascadia Disability Law LLC at PO Box 12028 Portland, OR 97212.

DATED this 17th day of March, 2020.

_____
Signature

ORDER AWARDING EAJA ATTORNEY FEES
3:18-cv-01151-AC